**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **ANJUM ROKADIA** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-01428-RDA-IDD** |
| | ) | |
| **UZMA KALEEM, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDA IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

**COME NOW**, Plaintiff, Anjum Rokadia, by counsel, and respectfully requests an extension of time of one week to file his Memoranda in Opposition to Defendants' Motions to Dismiss:

1. Defendants filed and served separate Motions to Dismiss on December 17, 2025. Plaintiff's Memoranda in Opposition to Defendants' Motions to Dismiss are due on December 31, 2025, under Local Rule 7.

2. Plaintiff's counsel is travelling for the New Year's holiday beginning December 30, 2025 and will return on January 5, 2026 to Northern Virginia. In addition, the Christmas holiday and office and court closures on December 24-26, 2025 caused a delay in completing the Memoranda.

3. Plaintiff requests an extension of one (1) week until January 7, 2026 to complete and submit his Memoranda in Opposition to the Motions to Dismiss.

4. The hearing for said motions is set for January 28, 2026. Therefore, this extension will not prejudice the parties nor inconvenience the Court.

1

5. Plaintiff's counsel has conferred with Defendants' counsel and there is no objection to the extension requested herein.

WHEREFORE, Plaintiff respectfully requests an extension of time to of one (1) week to January 7, 2026 to file his Memoranda in Opposition to the Motions to Dismiss.

Respectfully Submitted,

Anjum Rokadia
By Counsel

/s/

Daniel A. Harvill, Esq. (VSB#47756)
Counsel for Plaintiff
DANIEL A. HARVILL, PLLC
9403 Grant Avenue, Suite 202
Manassas, VA 20110
Phone: 703-485-3111
Fax: 571-287-6795
Cell: 703-507-6969
E-mail: danielaharvillpllc@gmail.com

**Certificate of Service/Mailing**

I hereby certify that on December 31, 2025, I will electronically file the foregoing using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for all parties who have appeared in this action, who are

Mikhael D. Charnoff, VSB No. 43929
Zachary H. Boron, VSB No. 95352
CHARNOFF SIMPSON PLLC
111 Church Street NW, Suite 202A
Vienna, Virginia 22180
(703) 291-6650 Phone
mike@charnoffsimpson.com
zach@charnoffsimpson.co

/s/

Daniel A. Harvill, Esq. (VSB#47756)
Counsel for Plaintiff
DANIEL A. HARVILL, PLLC
9403 Grant Avenue, Suite 202
Manassas, VA 20110
Phone: 703-485-3111
Fax: 571-287-6795
Cell: 703-507-6969
E-mail: danielaharvillpllc@gmail.com

3