**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **ANJUM ROKADIA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 1:25-cv-01428-RDA-IDD** |
| ) | |
| **UZMA KALEEM, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### <u>ORDER</u>

THIS MATTER comes on Plaintiff's Motion for an Extension of Time to file Memoranda In Opposition to Defendants' Motions to Dismiss, and

IT APPEARING that there is no objection to the relief requested and there is good cause for same, it is therefore hereby

ORDERED that Plaintiff shall file his Memoranda in Opposition to Defendants' Motions to Dismiss on or before January 7, 2026.

SO ORDERED this _____ day of _____, 202__.


_____
UNITED STATES DISTRICT JUDGE

1